WASHINGTON, DC 20217 GREGORY MCBRIDE, SD Petitioners, v. Wash.
Docket No. 11394-13 United States Tax Court
2015 Tax Ct. Memo LEXIS 4; January 8, 2015, Filed
Decision text below is the first available text from the court; it has not been editorially reviewed by LexisNexis. Publisher's editorial review, including Headnotes, Case Summary, Shepard's analysis or any amendments will be added in accordance with LexisNexis editorial guidelines.
*4 v. ) Docket No. 11394-13. ) COMMISSIONER OF INTERNAL REVENUE, ) ) Respondent ) ORDER AND DECISION
Pursuant to the determination ofthe Court set forth in its Memorandum
Findings of Fact and Opinion (T.C. Memo. 2015-6), filed January 8, 2015, it is hereby
ORDERED AND DECIDED that there is a deficiency in Federal income tax due from petitioner for the taxable year 2010 in the amount of $3,540.00; and
That there is no penalty due from petitioner for the taxable year 2010, under the provisions of Internal Revenue Code section 6662(a).
(Signed) Mary Ann Cohen
Judge
ENTERED: JAN092015
SERVED Jan 09 2015